ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 012441
**VANNAH & VANNAH**
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone (702) 369-4161
Facsimile  (702) 369-0104
pmarrero@vannahlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA MARTINEZ, individually, and as mother and special administrator of the ESTATE OF JUNIOR DAVID LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, individually and as policy maker of Las Vegas Metropolitan Police Department; OFFICER PADILLA MILLS, individually; OFFICER FRANCISCO RIVERA, individually; DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO.:   2:20-cv-00618<br><br>**STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff BRENDA MARTINEZ, individually, and as mother and special administrator of the ESTATE OF JUNIOR DAVID LOPEZ, by and through her attorneys of record L. DIPAUL MARRERO II, ESQ. and ROBERT D. VANNAH, ESQ., of VANNAH & VANNAH, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, individually and as policy maker of Las Vegas Metropolitan Police

1

Department; OFFICER PADILLA MILLS, individually; OFFICER FRANCISCO RIVERA, individually, by and through their attorney of record CRAIG R. ANDERSON, ESQ., of MARQUIS AURBACH COFFING, that Plaintiff be granted an extension of time in which to file a response to Defendants' Motion For Partial Dismissal, which was filed on May 4, 2020. The parties stipulate to extending the time for Plaintiff's response to June 1, 2020. This is the first stipulation for extension of time to file Plaintiff's response.

| | |
|---|---|
| Dated: May 14, 2020 | Dated: May 14, 2019 |
| Vannah & Vannah | Marquis Aurbach Coffing |
| /s/ L. DiPaul Marrero II | /s/ Craig R. Anderson |
| L. DIPAUL MARRERO II, ESQ.<br>NEVADA BAR NO. 012441<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff Michael Jacobs | CRAIG R. ANDERSON, ESQ.<br>NEVADA BAR NO. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED

DATED May 15, 2020.

_____
UNITED STATES DISTRICT JUDGE